UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # _____

------------------------------------------------------------

REEVES

USCA NO. _____

SDNY NO. 08cv6834
JUDGE: KMW
DATE: 9 / 2 / 2008

-v-

KOROMA

------------------------------------------------------------

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) Nezam D.
FIRM APPEALS SECTION
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. (212) 805-0636

DISTRICT COURT DOCKET ENTRIES --------------------------------------------------

DOCUMENTS                                                                    DOC#

Clerk's Certificate

See Attached List of Numbered Documents

Only Circled Documents Included

( √ ) Original Record                                ( \_\_\_\_ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the  2nd  Day of  September, 2008.

**United States District Court for
the Southern District of New York**

------------------------------------------------------

Reeves

-V-

Koroma

------------------------------------------------------

Date: ___9/2/2008___

U.S.C.A. # _____

U.S.D.C. # __08cv6834__

D.C. JUDGE __KMW__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __2nd__ Day of __September__ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233rd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-06834-KMW
### Internal Use Only

Reeves v. Koroma
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Fed. Question

Date Filed: 07/31/2008
Date Terminated: 07/31/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Anthony H. Reeves.(rdz) (Entered: 08/06/2008) |
| 07/31/2008 | 2 | COMPLAINT against Charles Koroma. Document filed by Anthony H. Reeves.(rdz) (Entered: 08/06/2008) |
| 07/31/2008 |  | Magistrate Judge Michael H. Dolinger is so designated. (rdz) (Entered: 08/06/2008) |
| 07/31/2008 | 3 | ORDER OF DISMISSAL, The court grants plaintiff to proceed in forma pauperis, but dismisses this action for the following reasons. As plaintiff's claim against defendants cannot be sustained under 1983, and it is the only claim raised over which court has original jurisdiction, the Court declines to exercise its supplemental jurisdiction over the law claims that plaintiff raises in his complaint. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. SO ORDERED. (Signed by Judge Kimba M. Wood on 7/31/2008) (mbe) (Entered: 08/08/2008) |
| 07/31/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 7/31/2008) (mbe) (Entered: 08/08/2008) |
| 08/18/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Anthony H. Reeves. (tp) (Entered: 09/02/2008) |
| 08/18/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by Anthony H. Reeves. $455.00 APPEAL FEE DUE. IFP REVOKED 7/31/08.(tp) (Entered: 09/02/2008) |
| 09/02/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 09/02/2008) |
| 09/02/2008 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 09/02/2008) |